

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00092-CV

**IN RE** Mary Yturri **DAHLMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

Delivered and Filed: February 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On February 1, 2013, Relator Mary Yturri Dahlman filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Dahlman is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-PC-1710, styled *In the Guardianship of Mary Yturri Dahlman, An Incapacitated Person*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.